**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

Daniel Cole Geddes and Rebecca B. Geddes,
Respondents,

v.

Jacob Alan Craine, Appellant.

In the interest of a minor under the age of eighteen.

Appellate Case No. 2024-000971

———————

Appeal From Spartanburg County
Angela J. Moss, Family Court Judge

———————

Unpublished Opinion No. 2025-UP-380
Submitted November 14, 2025 – Filed November 17, 2025

———————

**AFFIRMED**

———————

Kimberly Yancey Brooks, of Kimberly Y. Brooks, Attorney at Law, of Greenville, for Appellant.

Patrick Hugh Allan, of Spartanburg, as the Guardian ad Litem for Appellant.

Laura Anne Filler, of Filler Law Firm, of Boiling Springs, for Respondents.

Samantha Sarratt Adair, of Spartanburg, as the Guardian ad Litem for the minor child.

―――――――――

**PER CURIAM:**  Jacob Alan Craine appeals the family court's final order terminating his parental rights to his minor child.  *See* S.C. Code Ann. § 63-7-2570 (Supp. 2025).  Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing. Accordingly, we affirm the family court's ruling and relieve Craine's counsel.

**AFFIRMED.**[1]

**KONDUROS, GEATHERS, and VINSON, JJ., concur.**

―――――――――

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.